# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

MIRANDA PITTS,

    Plaintiff,

    v.                                                    CV 226-039

EDIFINANCIAL SERVICES LLC and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

    Defendants.

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 21, wherein the parties who have appeared in this action notify the Court that Plaintiff wishes to dismiss all claims against Defendant Experian Information Solutions, Inc. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant Experian Information Solutions, Inc. are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Experian Information Solutions, Inc. as a defendant in this action. Plaintiff's claims against Defendant Edifinancial Services, LLC, remain pending.

**SO ORDERED,** this ___ day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA